Case: 1:10-cr-00098-SSB Doc #: 362 Filed: 02/03/15 Page: 1 of 1 PAGEID #: 4848

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lester Sadler | ) | Case No: 1:10-CR-98-02 |
| | ) | USM No: 68802-061 |
| Date of Original Judgment: 12-03-2012 | ) | |
| Date of Previous Amended Judgment: | ) | Gordon G. Hobson, Esq. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____151 months_____ months **is reduced to** _____121 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____12-03-2012_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 2, 2015

*Judge's signature*

Effective Date: November 1, 2015        Sandra S. Beckwith, Senior U.S. District Judge
*(if different from order date)*                       *Printed name and title*